UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HK KOLMAR USA, LLC                               :

                                                    :          <u>ORDER</u>
                Plaintiff,                                                    24 Civ. 9144 (GWG)
                                                    :

    -v.-
                                                      :
WORMSER CORPORATION
                                                      :

                Defendant.                                    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      It is the Court's practice to hold an initial conference under Fed. R. Civ. P. 16 after the defendant has appeared in the case by filing an answer or seeking permission to file a motion to dismiss. If any party seeks to have the conference sooner, it may so request by filing a letter application on the ECF system.

      In light of the above, the pretrial conference scheduled for January 30, 2025, at 11:00 a.m. scheduled to take place before Judge Cote is hereby cancelled.

      SO ORDERED.

Dated: January 17, 2025
       New York, New York

                                                     _____
                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge