UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HK KOLMAR USA, LLC                              :

               Plaintiff,              :       <u>ORDER</u>

    -v.-                                              :
                                                      24 Civ. 9144 (GWG)
WORMSER CORPORATION,                    :

              Defendant.              :
---------------------------------------------------------------X
---------------------------------------------------------------X
WORMSER CORPORATION                     :

               Plaintiff,              :

    -v.-                                              :
                                                      25 Civ. 377 (GWG)
HK KOLMAR USA, LLC,                         :

              Defendant.              :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The parties' joint application to consolidate the two above-captioned actions is granted. The two cases, <u>HK Kolmar US, LLC v. Wormser Corporation</u>, 24 Civ. 9144, and <u>Wormser Corporation v. HK Kolmar US, LLC</u>, 25 Civ. 377, are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a)(2).

      The cases shall proceed together under the lower docket number, 24 Civ. 9144. Accordingly, from this day forward, all filings in the consolidated case shall be made exclusively in 24 Civ. 9144.

      SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                                             _____
                                                             GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge