UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HK KOLMAR USA, LLC                                      :

        Plaintiff,                                    :        <u>ORDER</u>

  -v.-                                                         :
                                                                             24 Civ. 9144 (GWG)
WORMSER CORPORATION,                              :

        Defendant.                                  :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       With regard to the parties' applications to file motions to dismiss the complaints in this matter (Docket ## 18, 19), the Court's pre-motion conference requirement is waived. Any such motion shall be filed on or before March 27, 2025. Briefing thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices. The Court assumes that both parties wish to stay discovery pending the disposition of the motion to dismiss. If such is not the case, the Court should be informed of this fact by means of a letter filed on ECF.

       SO ORDERED.

Dated: March 13, 2025
       New York, New York

                                                                                                     _____
                                                                                    GABRIEL W. GORENSTEIN
                                                                                     United States Magistrate Judge