UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HK KOLMAR USA, LLC                                    :

        Plaintiff,                                    :        ORDER

    -v.-                                              :
                                  24 Civ. 9144 (GWG)

WORMSER CORPORATION,                                  :

        Defendant.                                    :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      HK Kolmar USA, LLC has now filed an Amended Complaint against Wormser Corporation (Docket # 41).  To the extent Wormser Corporation seeks to move to dismiss the amended complaint, the Court's pre-motion conference requirement is waived.  Any motion to dismiss shall be filed by June 11, 2025. Any opposition to that motion shall be filed by June 25, 2025.  Any reply shall be filed by July 2, 2025.

      In light of the filing of the Amended Complaint, the motion to dismiss the original complaint filed by Wormser Corporation (Docket # 30) is deemed withdrawn as moot.

      SO ORDERED.

Dated: May 22, 2025
      New York, New York

                                         _____
                                         GABRIEL W. GORENSTEIN
                                       United States Magistrate Judge