UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HK KOLMAR USA, LLC                          :

           Plaintiff,                 :       ORDER

    -v.-                                    :
                                    24 Civ. 9144 (GWG)
WORMSER CORPORATION,                    :

           Defendant.                :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The motions to seal (Docket ## 54, 56) are granted to the extent proposed in Docket # 56. The redactions are narrowly tailored, and the entity's privacy interest outweighs the public's right of access under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006), for the reasons stated in Docket # 56.

      The motions to seal (Docket ## 36,39) are similarly granted because, for the reasons set forth in Docket # 39, as they involve the redaction only of pricing data that are not germane to the motions before the Court.

      SO ORDERED.

Dated:  December 17, 2025
        New York, New York

                                    _____
                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge