# MAYER | BROWN

MEMORANDUM ENDORSED

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500

**Jennifer M. Rosa**
Partner
T: +1 212 506 2374
JRosa@mayerbrown.com

December 19, 2025

VIA ECF

The Hon. Gabriel W. Gorenstein
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:    HK Kolmar USA, LLC v. Wormser Corporation, 24-cv-9144-GWG

Dear Judge Gorenstein:

We represent HK Kolmar USA, LLC ("Kolmar") in the above-referenced action. We submit this joint letter on behalf of both Kolmar and Wormser Corporation ("Wormser") and pursuant to Your Honor's Individual Rules 1.E and 1.F to respectively request (1) an extension of each party's time to Answer the opposing party's Complaint in this consolidated action; and (2) that the Court adjourn and reschedule the Initial Case Management Conference, currently scheduled for January 6, 2026. *See* Dkt. 72.

On December 17, 2025, the Court entered an Opinion and Order granting, in part, and denying, in part, the parties' respective motions to dismiss. Dkt. 71. As a result, both Kolmar and Wormser are now due to submit Answers to the opposing party's operative Complaint by December 31, 2025. *See id.*, Fed. R. Civ. P. 12(a)(4)(A). In addition, the Court set an Initial Case Management Conference for January 6, 2026, with a joint proposed discovery plan due on January 2, 2026. *See* Dkt. 72.

Due to both the upcoming holidays and pre-existing work obligations, counsel for both parties have many personal and professional commitments over the next few weeks. Further, both parties anticipate needing additional and on-going input from their respective clients in order to complete our respective Answers and the joint proposed discovery plan, and expect their availability to be impacted due to the holidays as well.

Pursuant to Your Honor's Individual Rule 1.F, the parties have conferred with Your Honor's Deputy Clerk concerning the Court's availability for a rescheduled conference, and this is the parties' first request for an extension of these deadlines. Accordingly, the parties respectfully request that the Court adjourn the January 6, 2026 Conference, and "So Order" this letter to approve the following scheduling extensions:

- Deadline to submit Answers to operative Complaints: January 16, 2026
- Rescheduled Initial Case Management Conference: January 26, 2026
- Deadline to submit proposed discovery plan: January 22, 2026

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master)
and Tauil & Chequer Advogados (a Brazilian law partnership).

The Hon. Gabriel W. Gorenstein
December 19, 2025
Page 2

We thank the Court for its attention to this matter.


Respectfully submitted,

/s/ *Jennifer M. Rosa*
Jennifer M. Rosa




The above schedule is approved.  The conference will take place on January 26, 2026, at 11:00 a.m.


So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 22, 2025