UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                            :

HK KOLMAR USA, LLC

                                            :

                Plaintiff,                                    ORDER

       -v.-                               :

                                           24 Civ. 9144 (GWG)

                                            :

WORMSER CORPORATION

                                           :

                Defendant.
------------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      In light of the strong possibility of inclement weather on January 26, 2026, the initial pretrial conference is adjourned to Tuesday, January 27, 2026.  The time of the conference will be 10:30 a.m.

      <u>Upon receipt of this order, each counsel is directed to confirm with all other counsel that the other counsel have received a copy of this order</u>.

      SO ORDERED.

Dated:  January 21, 2026
         New York, New York

                                      _____
                                      GABRIEL W. GORENSTEIN
                                     United States Magistrate Judge