

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500

February 6, 2026

MEMORANDUM ENDORSED

**Jennifer M. Rosa**
Partner
T: +1 212 506 2374
JRosa@mayerbrown.com

VIA ECF

The Hon. Gabriel W. Gorenstein
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:    HK Kolmar USA, LLC v. Wormser Corporation, 24-cv-9144-GWG

Dear Judge Gorenstein:

We represent HK Kolmar USA, LLC ("Kolmar") in the above-referenced action. We submit this joint letter on behalf of both Kolmar and Wormser Corporation ("Wormser") and pursuant to Your Honor's Individual Rule 1.E to respectively request limited amendments to the Scheduling Order. Dkt. 87.

Due to the forthcoming settlement conference, the parties agree that the brief extensions specified below will conserve resources and allow the parties to focus their efforts on a meaningful consideration of settlement. The extensions will also allow the parties sufficient time to prepare for and complete the settlement conference process before beginning discovery in earnest, should that remain necessary. The requested extensions do not impact the deadlines for the completion of all discovery. Accordingly, the parties respectfully request that the Court "So Order" this letter and approve the following scheduling extensions:

| Event | Deadline Per Scheduling Order (Dkt. 87) | Proposed Deadline |
|---|---|---|
| Initial disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1) shall be served on or before: | February 9, 2026 | March 9, 2026 |
| Deadline by which counsel shall confer with one another by telephone or in person regarding production of electronically stored information (ESI): | February 26, 2026 | March 10, 2026 |

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master)
and Tauil & Chequer Advogados (a Brazilian law partnership).

The Hon. Gabriel W. Gorenstein
February 6, 2026
Page 2

| | | |
|---|---|---|
| Letters pursuant to Individual Rule 2(A) requesting a pre-motion conference in connection with any request to file a motion for leave to amend or to join additional parties shall be filed on or before: | February 27, 2026 | March 27, 2026 |
| Initial document requests and interrogatories shall be served on or before: | March 9, 2026 | March 23, 2026 |

We thank the Court for its attention to this matter.


Respectfully submitted,

/s/ *Jennifer M. Rosa*
Jennifer M. Rosa

The proposed schedule is approved.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 9, 2026