# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500

## MEMORANDUM ENDORSED

**Jennifer M. Rosa**
Partner
T: +1 212 506 2374
JRosa@mayerbrown.com

February 24, 2026

VIA ECF

The Hon. Gabriel W. Gorenstein
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:    HK Kolmar USA, LLC v. Wormser Corporation, 24-cv-9144-GWG

Dear Judge Gorenstein:

We represent HK Kolmar USA, LLC ("Kolmar") in the above-referenced action. We submit this joint letter on behalf of both Kolmar and Wormser Corporation ("Wormser"), and pursuant to Your Honor's Individual Rule 1.F and Paragraph 8 of Your Honor's Standing Order Applicable to Settlement Conferences, to respectfully request that the settlement conference scheduled for February 24, 2026 be rescheduled for March 9, 2026 at 2:00 p.m.

As discussed with Chambers via telephone message and email, due to the snowstorm in New York, counsel for Kolmar had a flight canceled, and representatives from both Kolmar and Wormser were also unable to travel to attend the conference that had been scheduled in person for today, February 24, 2026. We respectfully ask that the Court reschedule the in-person settlement conference to March 9, 2026 at 2:00 p.m.

Pursuant to Your Honor's Individual Rule 1.F and Paragraph 8 of Your Honor's Standing Order Applicable to Settlement Conferences, the parties confirmed the Court's availability on the requested date with Chambers earlier today.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Jennifer M. Rosa*
Jennifer M. Rosa

Settlement conference adjourned to March 9, 2026, at 2:00 p.m.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 24, 2026

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master) and Tauil & Chequer Advogados (a Brazilian law partnership).