UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                   :

HK KOLMAR USA, LLC,

                                   :

             Plaintiff,                 ORDER

      -v.-                           :

                                     24 Civ. 9144 (GWG)

                                   :

WORMSER CORP.,

                                   :

             Defendant.
----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       A video conference to discuss the discovery dispute raised in Docket # 104 will take place on Friday, May 29, 2026, at 11:00 a.m.   It is the Court's intention to decide the dispute based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

       The Court will provide the video login information (through the Teams platform) by email to counsel.   The public may listen to the conference by dialing 646-453-4442   and use access code: 236 142 756#.

       The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.   However, any other recording or dissemination of the proceeding in any form is forbidden.

       Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.   The parties should follow paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.

       SO ORDERED.

Dated:  May 27, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge