KAGEN, CASPERSEN & BOGART PLLC
ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY AND CALIFORNIA

551 MADISON AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10022
(212) 880-2045
(646) 304-7879 (FACSIMILE)

July 7, 2026

MEMORANDUM ENDORSED

VIA ECF
The Hon. Gabriel W. Gorenstein
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: HK Kolmar USA, LLC v. Wormser Corporation, 24-cv-9144-GWG

Dear Judge Gorenstein:

We represent Defendant Wormser Corporation ("Wormser") in the above-referenced matter. We write to respectfully request, pursuant to Section 2(E) of Your Honor's Individual Practices and ECF Rule 21.7, that this Court formally seal ECF No. 125-1, and permit HK Kolmar USA, LLC ("Kolmar") to file a motion within seven days if it wishes to continue the sealing of the document.

ECF No. 125-1 is Exhibit A to Wormser's amended letter to the Court (ECF No. 125), which corrected ECF No. 124 by adding the exhibit inadvertently omitted from that filing. Exhibit A (ECF 125-1) was inadvertently docketed without restriction, but should have been filed under provisional seal because, while Wormser does not believe that there is a basis to seal the exhibits to the letter as confidential given their extensive quotation in prior litigation, Wormser wishes to afford Kolmar the opportunity to be heard before the exhibits remain publicly accessible.

Upon discovering the error, pursuant to ECF Rule 21.7 Wormser contacted the Court's ECF Help Desk, which restricted access to ECF No. 125-1. Pursuant to ECF Rules 6.1 and 21.7, Wormser respectfully requests that the Court formally seal ECF No. 125-1, and that Kolmar be afforded seven days to file a motion addressing whether ECF No. 125-1 should remain under seal.

Respectfully submitted,

*/s/ Russell Bogart*
Russell Bogart

Application granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 8, 2026